Cite as 2026 Ark. 66

# SUPREME COURT OF ARKANSAS

**Opinion Delivered:** January 29, 2026

IN RE ARKANSAS ALTERNATIVE
DISPUTE RESOLUTION
COMMISSION

**PER CURIAM**

The Honorable Jodi Carney, district judge of Mountain Home, is appointed to the Arkansas Dispute Resolution Commission for a six-year term to expire on January 29, 2032. We thank Judge Carney for accepting appointment to this important Commission.

The Honorable Kathleen Bell, retired circuit judge of Pine Bluff, and Jim Tilley of Little Rock are reappointed to the Commission for six-year terms to expire on June 30, 2031. The court thanks them for their continued service on this Commission.

The court expresses its gratitude to Don Taylor of Fayetteville, whose term has expired, for his years of valuable service to this Commission.